# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE MEDICAL EQUIPMENT & SUPPLY, INC.,** | : | CIVIL ACTION |
| Plaintiff, | : | 10-389 |
| | : | |
| v. | : | |
| | : | |
| **TRICENTURION, INC. and NHIC CORP.** | : | |
| Defendants | : | |

# O R D E R

**AND NOW,** this 28th day of March, 2011, upon review of Defendant's Motion to Dismiss [Doc. No. 16], Plaintiff's Response, Defendant's Reply and Plaintiff's Sur-Reply, and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.** Plaintiff's Complaint is dismissed with prejudice as the Court lacks subject matter jurisdiction over the claims.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

**IT IS SO ORDERED.**

        BY THE COURT:

        /s/ Cynthia M. Rufe

        _____
        **CYNTHIA M. RUFE, J.**